IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GARY ANNABLE, and ANGELA JONES, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WARBIRD CONSULTING PARTNERS, LLC, a Georgia Limited Liability Company,<br><br>Defendant. | CIVIL ACTION NO. 1:17-cv-00279-SCJ |

**JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENTS
AND DISMISSAL OF CASE WITH PREJUDICE**

Plaintiffs GARY ANNABLE and ANGELA JONES and Opt-In Plaintiffs PAMELA MERRIWEATHER GILBERT, BILL DAVIDSON, and DEWANDA DAY and Defendant WARBIRD CONSULTING PARTNERS, (collectively, the "Parties"), by and through their undersigned counsel, and jointly move that the Court approve the Parties' settlement in accordance with applicable law and dismiss this matter, with prejudice. In support of this Motion, the Parties submit the accompanying Memorandum of Law and incorporate it herein by reference.

WHEREFORE, the Parties respectfully request the Court grant this Motion

and enter the Proposed Order: (1) approving the Parties' settlement agreements; (2) dismissing this action with prejudice; and (3) retaining jurisdiction over this case to enforce the Parties' settlement agreements.

Respectfully submitted this 18th day of August, 2017.

| /s/CARLOS LEACH | /s/ANNE M. MELLEN____ ___ |
|---|---|
| Andrew R. Frisch, Esq.<br>Georgia Bar No.: 366105<br>MORGAN & MORGAN, P.A.<br>600 Pine Island Road, Suite 400<br>Plantation, FL 33324<br>Phone: (954) WORKERS<br>Fax:    (954) 327-3013<br>Email: afrisch@forthepeople.com<br><br>Carlos Leach, Esquire<br>GA Bar No. 488443<br>MORGAN & MORGAN, P.A.<br>191 Peachtree Street NE, Suite 4200<br>Atlanta, GA 30303<br>T: (404) 965-8811<br>F: (404) 965-8812<br>E-mail: cleah@forthpeople.com<br><br>Keith M. Stern, Esquire<br>Admitted p*ro hac vice*<br>Florida Bar No. 321000<br>E-mail: employlaw@keithstern.com<br>LAW OFFICE OF KEITH M. STERN, P.A.<br>One Flagler – 14 NE 1st Avenue, Suite 800<br>Miami, Florida 33132<br>Telephone: (305) 901-1379<br>Facsimile: (561) 288-9031<br><br>***Attorneys for Plaintiffs & Opt-In Plaintiffs*** | Angelo Spinola, Esq.<br>Georgia Bar No. 672191<br>Anne Mellen, Esq.<br>Georgia Bar No. 558694<br>LITTLER MENDELSON, P.C.<br>3344 Peachtree Road, N.E.<br>Suite 1500<br>Atlanta, Georgia 30326-4803<br>T: (404) 233-0330<br>F: (404) 233-2361<br>Email: aspinola@littler.com<br>Email: amellen@littler.com<br><br>***Attorneys for Defendant*** |

2

## **FONT CERTIFICATION**

The undersigned hereby certifies that this pleading complies with the requirements of LR 5.1B because the document has been prepared in Times New Roman, 14 point, and 1.5" and 1" margins.

>
> */s/ Carlos Leach*
> Attorney for Plaintiffs and Opt-In Plaintiffs

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GARY ANNABLE and ANGELA JONES, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WARBIRD CONSULTING PARTNERS, LLC, a Georgia Limited Liability Company,<br><br>Defendant. | CIVIL ACTION NO.<br>1:17-cv-00279-SCJ |

**CERTIFICATE OF SERVICE**

I hereby certify that on this__ day of August, 2017, I electronically filed the foregoing **JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENTS AND DISMISSAL OF CASE WITH PREJUDICE** with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Angelo Spinola, Esq.
Anne Mellen, Esq.
LITTLER MENDELSON, P.C.
3344 Peachtree Road, N.E.
Suite 1500
Atlanta, Georgia 30326-4803
T: (404) 233-0330

4

F: (404) 233-2361
Email: aspinola@littler.com
Email: amellen@littler.com


*/s/ Carlos Leach*
Attorney for Plaintiffs and Opt-In Plaintiffs