IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

GARY ANNABLE, and ANGELA JONES, on behalf of themselves and those similarly situated,

  Plaintiffs,

v.

WARBIRD CONSULTING PARTNERS, LLC, a Georgia Limited Liability Company,

  Defendant.

CIVIL ACTION FILE

NO. 1:17-CV-0279-SCJ

## O R D E R

This matter is before the Court on the parties' Joint Motion for Approval of Settlement Agreements and Dismissal of Case With Prejudice [Doc. No. 32], which is hereby **GRANTED**. It is therefore **ORDERED** that (1) the terms of the Parties' settlement are **APPROVED**; (2) this action is **DISMISSED WITH PREJUDICE**; and (3) this Court retains jurisdiction over this case to enforce the Parties' Settlement Agreements.

**IT IS SO ORDERED**, this 23rd day of August, 2017.

        s/Steve C. Jones
        STEVE C. JONES
        UNITED STATES DISTRICT JUDGE